In the Matter of VINCENT J. COLUCCI, Petitioner, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.— In a proceeding pursuant to article 78 of the Civil Practice Act, to review a determination of respondents revoking a liquor license and providing that no new license shall issue for the period of twenty-four months, and determinations of respondents incidental thereto, unanimously confirmed, without costs, and proceeding dismissed, without costs. The determinations were within the discretion of respondents. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *post,* p. 983.]